IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02282-WDM-MEH

RYAN HANLEN,

    Plaintiff,

v.

PFIZER, INC.,

    Defendant.

_____

## ORDER OF RECUSAL
_____

Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because he has an ownership interest in the defendant corporation and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on November 21, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL