IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02282-PSF-MEH

RYAN HANLEN,

    Plaintiff,

v.

PFIZER, INC.,

    Defendant.

## ORDER STAYING PROCEEDINGS

This matter is before the Court on Defendant's Unopposed Motion for Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceedings (Dkt. # 10). The Court, having been fully advised on all matters set forth therein, hereby GRANTS defendant's motion. It is

ORDERED that this case is hereby STAYED pending determination by the Multidistrict Litigation Panel of whether this case is to be transferred to the United States District Court for the Northern District of California for consolidated and coordinated pretrial proceedings as a tag-along action as part of MDL-1699.

DATED: December 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge