A CERTIFIED TRUE COPY

DEC 20 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED** JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC 2 8 2006    DEC - 4 2006

RICHARD W. WIEKING    FILED
CLERK, U.S. DISTRICT COURT    CLERK'S OFFICE
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1699

M 05 - 1699 CRB    06-CV-02282-PSF-MEH

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

(SEE ATTACHED SCHEDULE)    JAN 4 2007

### CONDITIONAL TRANSFER ORDER (CTO-46)

GREGORY C. LANGHAM
CLERK

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 916 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 20 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By /s/
Deputy Clerk
Date 12/28/06

# SCHEDULE CTO-46 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **COLORADO** | |
| CO 1 06-2282 | Ryan Hanlen v. Pfizer Inc. |
| CO 1 06-2283 | Larry Stiltner v. Pfizer Inc. |
| **MINNESOTA** | |
| MN 0 06-4169 | Sanford Sutherland, etc. v. Pfizer Inc. |
| **MISSOURI EASTERN** | |
| MOE 4 06-1610 | Robert D. Fisch v. Pfizer Inc. |
| MOE 4 06-1616 | Margaret Sturges, et al. v. Pfizer Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 3 06-1814 | Ethel McGee v. Pfizer Inc. |
| TXN 7 06-162 | Geraldine Wiles v. Pfizer Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-3505 | Jerry D. Ross, Sr., et al. v. Pfizer Inc., et al. |